# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| Inventergy LBS, LLC | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 19-cv-1484 |
| Agilis Systems, LLC | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Agilis Systems, LLC
c/o COGENCY GLOBAL INC.
850 NEW BURTON ROAD SUITE 201
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stamatios Stamoulis
Stamoulis & Weinblatt LLC
800 N. West Street Third Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____08/09/2019_____           _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 19-cv-1484

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Agillis Systems, LLC
was received by me on *(date)* 08/09/2019 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Erika Plez at 1:00 pm , who is
designated by law to accept service of process on behalf of *(name of organization)* Cogency Global, Inc
by acting as registered agent on *(date)* 08/09/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/09/2019

*Server's signature*

Sean Boykevich/Process Server
*Printed name and title*

1111B South Governors Ave, Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc:
Summons, Complaint for Patent Infringement with Exhibits